United States District Court
Middle District Tennessee

) Craig Cunningham
) Plaintiff, Pro-se
)
) v.                       **CIVIL ACTION NO.**
)
) Steven Pratt, Pelvic Thrust Media, LLC, Anvil Advertising, Inc., Branded Research, Inc., Matt Gaffney, Jeff Ackerman, The SV Trust, Praza, LLC, Bumrush media, LLC, PDL Protect, LLC, Rusty Robot Media, LLC, Bad Loan Relief, LLC, Michelle Dobler,
)     John/Jane Doe 1-10
)     Defendants.

**Plaintiff's Original Complaint**

1. The Plaintiff in this case is Craig Cunningham, a natural person and was resident of Davidson County at all times relevant to the complaint, and currently has a mailing address of 5543 Edmondson Pike, ste 248, Nashville, TN 37211

2. Pelvic Thrust Media, LLC is a Florida corporation operating from 1451 W. Cypress Creek Road, ste 212, Fort Lauderdale, FL 33309 and can be served via corporate officer and registered agent Steven Pratt at 1743 S. State Road 7, # 204, North Lauderdale FL, 33068 or 1451 W. Cypress Creek Road ste 212, Fort Lauderdale 33309

3. Anvil Advertising, Inc., is a defunct Florida corporation that can be served via registered agent and corporate officer Steven Pratt at 1743 S. State Road 7 # 204, North Lauderdale, FL 33068 or 1451 W. Cypress Creek Road, ste 212, Fort Lauderdale, FL 33309.

1

4. PDL Protect, LLC is a Florida corporation that can be served via registered agent and corporate officer Steven Pratt at 6499 Powerline Road # 205, Fort Lauderdale, FL 33309.

5. Rusty Robot Media, LLC is a Florida corporation that can be served via registered agent and corporate officers Steven Pratt and Michelle Dobler at 6499 NW 9th Ave., ste 205, Fort Lauderdale, FL 33309.

6. Michelle Dobler is a corporate officer of Rusty Robot Media, LLC and can be served at 6499 NW 9th Ave., ste 205, Fort Lauderdale, FL 33309.

7. Bad Loan Relief, LLC is a Florida corporation that can be served via registered agent Steven Pratt, 1451 W. Cypress Creek Road # 212, Fort Lauderdale, FL 33309 or corporate officer Michelle Dobler, 1451 W. Cypress Creek Road, Fort Lauderdale, FL 33309.

8. BumRush Media, LLC is a Florida corporation that can be served via registered agent Steven Pratt, 1451 W. Cypress Creek Road # 212, Fort Lauderdale, FL 33309 or Corporate officer Michelle Dobler 1451 W. Cypress Creek Road Ste 212, Fort Lauderdale, FL 33309.

9. Steven Pratt is a corporate officer for Pelvic Thrust Media, LLC and can be served at 17454 S. State Road 7 # 204, North Lauderdale, FL 33068 or 1451 W. Cypress Creek Road, ste 212, Fort Lauderdale, FL 33309.

10. Branded Research, Inc., is a Delaware corporation with a registered agent of The Corporation Trust Company, Corporation Trust Center 1209 Orange St., Wilmington, DE 19801.

11. Matt Gaffney and Jeff Ackerman are natural persons who can be served at 2146 Kettner Blvd., San Diego, CA 92101.

12. Praza, LLC is an Arizona corporation operating from 14747 N. Northsight Blvd., ste 111-400, Scottsdale, AZ 85260 and can be served via registerd agent Registered Agents, Inc., 1846 E. Innovation Park Dr., ste 100, Oro Valley, AZ 85755.

13. The SV Trust is the manager of Praza, LLC and can be served at 14747 N. Northsight Blvd., ste 111-400, Scottsdale, AZ 85260.

14. John/Jane Does 1-10 are currently unknown persons or entities that are also liable for the calls in question.

## Jurisdiction

15. Jurisdiction of this court arises as the acts happened in this county

16. Venue in this District is proper in that the defendants transact business here, and the acts and transactions occurred here.

17. The Defendants regularly had calls placed for their benefit or on their behalf to Tennessee residents for the purpose of soliciting residents to buy their promotional products and services, and these products and services were regularly shipped to Tennessee residents.

## FACTUAL ALLEGATIONS

18. In 2016, the Plaintiff recieved multiple unsolicited and unwanted text messages prompting the Plaintiff to go to odd websites for a beauty kit. Unsolicited text messages have been deemed phone calls under the TCPA. These were touted as "free samples" where the Plaintiff would only pay the shipping and handling fees. This is typical of "negative option marketing" where a consumer must opt out of future charges or they will be charged for a program. These programs have frequently drawn scrutiny from the FTC and multiple class action lawsuits for deceptive marketing practices.
19. All of the text messages were placed to the Plaintiff's cell phones 615-331-7262. All of the text messages redirected the Plaintiff to a website antiagingrewards.com. At antiagingrewards.com, there were a total of 4 products being offered for sale, which were **Chamomile calm** sold by Praza, LLC, **Nu Beauty**, **Ageless Illusion**, and **Metabo Matrix**. The Plaintiff is in the process of identifying the companies that manufacture each of these products and should be able to identify them through the discovery process.
20. The website antiagingrewards.com is owned by Steven Pratt and Anvil Advertising Inc., or Pelvic Thrust Media, LLC both of which are entities owned and controlled by Steven Pratt. The other entities owned or controlled by Steven Pratt to hide money and as alter ego's of the original corporations that engaged in the illegal behavior. Steven Pratt is using these other corporation to hold and launder money generated through

4

these illegal text messaging schemes or are used by Steven Pratt in these illegal marketing schemes.

21. The process works as follows: The Plaintiff would be sent an illegal text message to his cell phone by an entity owned/controlled by Steven Pratt or entities he controls. The text message would list a website owned and controlled by Steven Pratt that redirects to antiagingrewards.com, which is also owned and controlled by Steven Pratt or entities he controls. On the antiagingrewards website, there would be 4 products sold for which Steven Pratt generates a comission for himself, and the companies selling the products hope to trick unwitting consumers into buying and rebilling at inflated prices later.

22. Steven Pratt or entites he controls signed contractual agreements with each of these 4 companies selling these beauty products to generate leads and sell their products through his efforts for which he would be rewarded with comissions for each sale.

**Details on the text messages sent to the Plaintiff**

23. On August 24th, 2016, the Plaintiff recieved a text from 832-637-3574. The text message said *"Greg, just come to http://fj49j.pw and claim your no-risk products from Kim and Kourtney K!"* which is apparently a direct and false reference to Kim and Kourtney Kardashian that actually don't endorse or refer to these products.

24. Another text message on 8/23/2016 from 828-295-2610 stated *"Greg, you may get your 3 no-risk products. Click on http://9f4dem.us"*

5

25. Another text came in on 8/22/2016 from 336-536-0211 with a nearly identical message to the one in paragraph 11 of the complaint but directed the Plaintiff to go to http://fj49j.site instead.

26. Another text came in on August 20th 2016 from 501-239-5640 with an message of *"Greg, simply click http://jg-48f.xyz and redeem up to 6 risk free products from Kim and Kourtney K."*

27. On August 19th 2016, the Plaintiff recieved a message from 337-313-2642 which stated *"Greg, just click http://dlk49.pw to redeem up to 5 risk-free products by kim and Kourtney!"*

28. On August 14th, 2016 the Plaintiff recieved a text mesage from 501-242-0163 nearly identical to the message in paragraph 11 which stated instead that the Plaintiff should visit *"http://f94-fk.us"*

29. On August 13, 2016, the Plaintiff recieved a text from 915-267-1150 stating *"Greg, come and claim up to 5 no-risk products. Visit http://dkfg4-k.us"*

30. On August 12, 2016, the Plaintiff recieved a text from 772-242-4719 which stated *"Greg, come and claim up to 3 no-risk beauty kits. Come to http://dlk49.pw to get full details."*

31. On August 11, 2016, the Plaintiff recieved a text from 281-783-6141 which stated *"Greg, just click to http://f49-fk.us and claim up to 6 no-risk products from Kim K and Kourtney!"*

6

32. On August 10, 2016, the Plaintiff recieved a text from 920-605-9223 whcih stated *"Greg, please click http://sm-2w.site and redeem your no-risk beauty kits by Kim and Khloe!"*

33. On August 9th, 2016 the Plaintiff recieved a text from 803-393-3417 that stated *"Greg, you can claim your 6 no risk beauty boxes. Visit http://jg-48f-pw to find info."*

34. On August 8th, 2016 the Plaintiff received a text from 720-500-6870 that stated *"Greg, just click to http://f94-fk.us and claim up to 3 risk-free beauty kits from Kim K and Khloe!"*

35. On August 4th, 2016 the Plaintiff recieved a text from 724-821-5175 that stated *"Greg, just click http://argue.host and claim your risk-free beauty kits by Kim K and Kourtney"* and another text from 503-436-6638 that stated *"Greg you can claim up to 2 risk-free products. Visit http://k94-d.bid to see info"*

36. On August 3rd, 2016 the Plaintiff recieved a text message from 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 that stated *"Greg, come and claim your 4 no-risk beauty kits. Come to http://among.tech to get details"*

37. On April 29, 2016 the Plaintiff recieved a text message from 740-207-2502 that stated *"PRE-RELEASE! You can try Kim and Kourtney's new skincare line risk-free today! Visit the pre-release portal at http://cpo1.net to get started!"*

38. On April 5th and 19th 2016 the Plaintiff recieved text messages from a short code of 24413 which the Plaintiff is in the process of researching, but the

7

text messages stated *"You were selected as a skincare product tester. To get started today please visit http://goo.gl/PQbk4p to claim your products and reserve your spot."* and *"You were selected to try our new derma cream line free in your home. Visit http://goo.gl/or2xty to get started."*

39. In total, the Plaintiff recieved 19 text messages that were unsolicited and unwanted to his cell phone.
40. As these above named parties stand to profit and benefit from the Plaintiff's enrollment in these programs, they are vicariously liable for the calls as a seller, as defined by the TCPA. Steven Pratt and his entites are directly liable for the calls that were placed, and the entities and managers for the products sold are jointly, severally, and vicariously liable for the damages in question.
41. The individual corporate officers and managers of each of the corporate entities are liable for the calls placed on behalf or for their benefit. They are personally liable for the TCPA damages as they had direct, personal participation in causing the illegal telephone calls to be made as well as they directly authorized the illegal telemarketing calls to be made.
42. The individual corporate officers also failed to take efforts to implement appropriate policies or procedures designed to comply with the TCPA which makes them personally liable for the telephone calls made on their behalf and for their benefit.
43. These text messages violated the TCPA in two ways, first by placing multiple automated telephone calls to the Plaintiff's cell phone in violation

8

of 47 USC 227(b), and second by not conforming to the requirements of 47 USC 227(c)(5) and the FCC's rulemaking authority under 47 CFR 64.1200(d), which requires the defendants to have a written policy for maintaining a do-not-call list, failure to train agents and personnel engaged in telemarketing on the use of the do-not-call list, and the failure to identify the party placing the call or the entity for which the call is being placed. Each of the Defendants are jointly liable to the Plaintiff in the amount of $3,000 per call made, $1500 for violating 47 USC 227(b) and $1500 for violating 47 USC 227(c)(5). Additionally, each product offered by each company represents a new cause of action entitling the Plaintiff to $3,000 per call per defendant.

44. The officers of the corporations have a direct role in the illegal conduct, authorizing it and ratifying the illegal telephone calls.

45. The officers of each and every listed corporation had direct, personal conduct in authorizing the telephone calls or oversaw and directed the telemarketing efforts for which their corporations benefitted. The officers set company policy and directed the marketing efforts of the respective companies.

## Vicarious Liability

46. In making these calls, the calling entity operated by Steven Pratt was essentially marketing the products offered by each and every manufacturer of the beauty creams and pills sold and others through an

9

agency relationship with Praza, LLC and the other manufacturers of the products sold. through an agency relationship with Global Media.

47. The 6th circuit as well as multiple other courts have ruled that there is direct liability to include for corporate actors such as executives like and vicarious liability for corporations that ultimately benefit or sell services/products illegally marketed by 3rd parties. The parties are also jointly and severally liable for the phone calls as well.

48. Similarly, the calls were placed with apparent authority, actual authority, and the ratification of each product manufacturer nd the respective executives/officers of the corporation. These companies knew of the illegal conduct by the entities placing the calls to include quality resources and refused to exercise control or authority over defendants to reduce or eliminate the improper sales methods.

## Actual Damages

49. The Plaintiff has suffered actual damages in the form of the enrollment fees charged. For example, Nubeauty charged the Plaintiff $6.95.

50. Additionally, the Plaintiff has suffered annoyance, frustruation, anger, loss of cell phone use, reduced battery life of his cell phone due to the calls.

## CAUSES OF ACTION:

## COUNT I

## Violations of the Telephone Consumer Protection Act (TCPA)

51. Plaintiff Cunningham incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

52. The foregoing actions by the Defendants constitute multiple breaches of the TCPA by using an autoated telephone dialing system to place calls to the Plaintiff's cell phone in violation of 47 USC 227(b). This entitles the Plaintiff to recover $1500 per call.

## CAUSES OF ACTION:

## COUNT II

### Violations of the Telephone Consumer Protection Act (TCPA)

53. Plaintiff Cunningham incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

54. The foregoing actions by the Defendants constitute multiple breaches of the TCPA by 47 USC 227(c)(5) by way of 47 CFR 64.1200(d) and failed to comply with the requirements to maintain and train employees on the use of a do-not-call list.

## PRAYER FOR DAMAGES AND RELIEFS

A. WHEREFORE, Plaintiff, Cunningham, respectfully prays and requests that judgment be entered against each and every defendant for the following:

B. Statutory damages of $3000 for each phone call for each defendant mentioned in the call

C. Actual damages of the enrollment fees and additionally as the court may find warranted at trial.

D. Pre-judgment interest from the date of the phone calls

E. Attorney's fees for bringing this action; and

F. Costs of bringing this action; and

G. For such other and further relief as the Court may deem just and proper

I, Craig Cunningham, Affiant, hereby attest to and certify that the facts contained in the foregoing complaint are true and correct to the best of my knowledge, information and belief and that a true and correct copy of the foregoing was sent to the defendants in this case.

Respectfully submitted September 6th, 2016

Craig Cunningham Plaintiff, Pro-se, 615-348-1977

5543 Edmondson Pike, ste 248, Nashville, TN 37211

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Craig Cunningham

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Steven Pratt

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC 227

Brief description of cause:
Telemarketing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 100,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 09/06/2016
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Case 3:16-cv-02468 Document 1 Filed 09/09/16 Page 13 of 14 PageID #: 13

Craig Cunningham
1513 Edmondson pike
ste 218
Nashville, TN 37211

**F** U.S. POSTAGE $3.04
FCH LG ENV
75074
Date of sale
09/06/16
08355172

USPS® FIRST-CLASS MAIL®
0 lb. 10.80 oz.

SHIP TO:

NASHVILLE TN 37203

ZIP
(420) 37203

US District Court-
801 Broadway
Nashville, TN 37203