UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:16-cv-02468 ) JUDGE CRENSHAW |
| STEVEN PRATT, et al., | ) ) |
| Defendants. | ) |

### ORDER

Plaintiff's Motion to Dismiss without Prejudice for Branded Research, Inc., Matt Gaffney and Jeff Ackerman Only (Doc. No. 14) is **GRANTED**. All other claims remain.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE