# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | )  NO. 3:16-cv-02468 |
|  | )  CHIEF JUDGE CRENSHAW |
| STEVEN PRATT, et al., | ) ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Motion to Dismiss Nick Fasci, The Commodum Trust and Alpha Connect, LLC (Doc. No. 57.) The Motion is **GRANTED**. Accordingly, this action is **DISMISSED** against Nick Fasci, The Commodum Trust and Alpha Connect, LLC. Claims against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE