# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-02468 |
| | ) | Chief Judge Crenshaw |
| | ) | |
| **STEVEN PRATT,** *et al.* | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

After Plaintiff failed to respond to an Order (Doc. No. 64) requiring him to provide a written explanation showing cause for his failure to serve Defendants Bumrush Media LLC, PDL Protect LLC, Bad Loan Relief LLC, Michelle Dobler, John/Jane Doe 1-10, TRS Limited, and Jason Levesque within 90 days after the filing of the Complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure, the Magistrate Judge entered a Report and Recommendation (Doc. No. 65) recommending the dismissal of those Defendants without prejudice. Because Plaintiff has filed no objections and has not otherwise shown cause as to why those Defendants should not be dismissed, the Report and Recommendation (Doc. No. 65) is **ADOPTED** and **APPROVED**, and Defendants Bumrush Media LLC, PDL Protect LLC, Bad Loan Relief LLC, Michelle Dobler, John/Jane Doe 1-10, TRS Limited, and Jason Levesque are **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE