UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                Plaintiff,

v.                                             Case No.: 3:16−cv−02468

Steven Pratt, et al.

                Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/13/2018 re [86].

                                                              Clerk of Court
                                                    s/ Jessica Wayman, Deputy Clerk